UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 09-36407 CGM

IN RE: JOSEPH E. NICKS
ssn: \*\*\*-\*\*-7984

IN RE: YVONNE NICKS
ssn: \*\*\*-\*\*-6165

Debtor.

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK ) S.S:
COUNTY OF NEW YORK )

MATTHEW LEVY, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age, and resides in New York, New York.

On **SEPTEMBER 2, 2009**, deponent served the within **TOWN OF WALKILL PROOF OF CLAIM** on:

U.S DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE
SOUTHERN DISTRICT OF NEW YORK
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

JEFFREY L. SAPIR
399 KNOLLWOOD ROAD, SUITE 102
WHITE PLAINS, NY 10603

TOWN OF WALKILL
99 TOWER DRIVE
MIDDLETOWN, NY 10941

by depositing one true copy there in a post-paid wrapper, depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Sworn to before me this
2nd day of SEPTEMBER 2009

MATTHEW LEVY

David B. Shaev
Notary Public, State of New York
No. 02SH4733813
Qualified in Nassau County
Commission Expires June 30, 2010